IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HILLSBORO FEED COMPANY, a
Washington Corporation; and SUSAN
HILLIARD, an individual residing in
Washington,

      Plaintiffs,

vs.                                 2:13-cv-00405-PJK-LAM

CHRIS BIRO, an unmarried individual
residing in New Mexico,

      Defendant.

ORDER and NOTICE of HEARING

THIS MATTER comes on for consideration of the Entry of Special Appearance
filed June 17, 2013 by William Salmon on behalf of Defendant Biro. (Doc. 23). The
distinction between special and general appearances has been abolished given Fed. R.
Civ. P. 12. See Investors Royalty Co. v. Mkt. Trend Survey, Inc., 206 F.2d 108, 111
(10th Cir. 1953); Kiro v. Moore, 229 F.R.D. 228, 231 n.4 (D.N.M. 2005). Defendant and
counsel are hereby notified that the local rules do not contemplate a special appearance
except by court order. See D.N.M. LR-Civ. 83.4(c). Defendant and counsel are also
notified of the preliminary injunction hearing on Tuesday, June 18, 2013 at 10:00 a.m. at
the United States Courthouse, 106 South Federal Place, Santa Fe, New Mexico, and that
this motion may be addressed at that hearing.

IT IS SO ORDERED.

DATED this <u>17th</u> day of June 2013 at Santa Fe, New Mexico.

_____
United States Circuit Judge
Sitting by Designation