IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**HILLSBORO FEED COMPANY, a Washington Corporation; and SUSAN HILLIARD, an individual residing in Washington,**

      **Plaintiffs,**

v.                                           **No. CIV-13-0405 PJK/LAM**

**CHRIS BIRO, an unmarried individual residing in New Mexico,**

      **Defendant.**

## ORDER GRANTING IN PART AND DENYING AS MOOT IN PART MOTION FOR EXTENSION OF TIME TO FILE CLOSING DOCUMENTS

      **THIS MATTER** is before the Court on Plaintiffs' *Motion for Extension of Time to File Closing Documents as a Result of Settlement (Doc. 68)*, filed September 16, 2013. In the motion, Plaintiffs ask the Court to extend the deadline to file closing documents in this case because closing the case "could potentially remove the Court's jurisdiction to resolve the Motion to Seal," which was then pending before the Court. [*Doc. 68* at 2]. On September 17, 2013, Judge Kelly, the presiding judge in this case entered an order denying the motion to seal, which renders the issue of the Court's jurisdiction over the motion to seal moot. The Court, therefore, **FINDS** that the motion should be **GRANTED in part** and **DENIED AS MOOT in part**, and the closing documents should be filed no later than **Wednesday, September 18, 2013** since Plaintiffs state in their motion that "[t]he parties have fully executed a Settlement Agreement regarding this matter."

      **IT IS SO ORDERED.**

                                                       *Lourdes A. Martínez*
                                                       **LOURDES A. MARTÍNEZ**
                                                       **UNITED STATES MAGISTRATE JUDGE**